1
2
3
4
5
6
7

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Polen, Phillip <br><br> Defendant. | Case No.: SACR 04-134 JFW <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CD CA__, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __backgrd, cmty ties unknown; bail resources unknown; ongoing substance abuse problem__

1
2
3    and/or
4  B.  (X) The defendant has not met his/her burden of establishing by clear and
5    convincing evidence that he/she is not likely to pose a danger to the safety of any
6    other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7    finding is based on ___extensive criminal history
8    record and substance abuse history___
9
10
11
12
13    IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: __9/11/08__

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE